UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

JANUARY 20, 2010

**HONORABLE ROBERT G. JAMES,** JUDGE PRESIDING
**DEBBIE LOWERY,** COURT REPORTER
**DEBBIE DICKERSON,** MINUTE CLERK
KAYLA MAY, LAW CLERK

COURT OPENED AT **8:50 A.M.**          COURT ADJOURNED AT 6:00 P.M.
Statistical Time: 5 Hours 10 Minutes

MINUTES OF COURT

CASE NO.  **3:07CR30022-01**
DEFENDANT: **MICHAEL L. THOMPSON**
GOVERNMENT  COUNSEL: Mignonne Griffing & Nicole Snyder
DEFENSE COUNSEL: J. Michael Small and Michael Allyn Stroud

**CASE CALLED FOR:**   JURY TRIAL

(X) TRIAL WITH JURY  8th  DAY

PROCEEDINGS:

(X) EVIDENCE CLOSED
(X) CASE ARGUED
(X) JURY INSTRUCTED
(X) ALTERNATE JURORS EXCUSED
(X) JURY DELIBERATIONS BEGAN AT 2:05 P.M.
(X) JURY VERDICT RETURNED 5:45 P.M.
(X) JURY POLLED

FILINGS: **Witness List; Government's Exhibit List; Defendant's Exhibit List; Jury Instructions; Jury Notes (2); Jury Verdict; Defendant's Re-Urged Motion for Mistrial.**

**COMMENTS:** Jury found defendant guilty. Defendant's Motions for Acquittal; Re-Urged Motion to Dismiss; and Oral Re-Urged Motion for Mistrial are denied as stated on the record. Sentencing in this matter is set for May 24, 2010 at 10:00 A.M.  Defendant to remain free on bond pending sentencing.